No. 84–5722. MILLS *v.* DORSEY. C. A. 4th Cir. Certiorari denied.

No. 84–5723. EDWARDS *v.* CETA SERVICES. C. A. 11th Cir. Certiorari denied.

No. 84–5724. EDWARDS *v.* HOME IMPROVERS. C. A. 11th Cir. Certiorari denied.

No. 84–5725. EDWARDS *v.* RESERVE LIFE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 84–5726. FORDHAM ET AL. *v.* NATIONAL BANK OF BOYERTOWN. C. A. 3d Cir. Certiorari denied.

No. 84–5730. FORDHAM *v.* MILLER ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–5732. WOODS *v.* OHIO. Ct. App. Ohio, Butler County. Certiorari denied.

No. 84–5738. VAUGHN *v.* BRITTON, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–5741. HOOKS *v.* BRANIFF, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–5744. HELM *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 84–5746. COHORST *v.* UNITED STATES STEEL & CARNEGIE PENSION FUND. C. A. 11th Cir. Certiorari denied.

No. 84–5747. FOSTER *v.* LITZ, JUDGE, CIRCUIT COURT FOR ST. LOUIS COUNTY, MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 84–5749. BRIDGES ET AL. *v.* PHILLIPS PETROLEUM CO. C. A. 5th Cir. Certiorari denied.

No. 84–5751. FRANKS *v.* HOLLAND, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–5752. DAVIS *v.* WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.